IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHIGAN MILLERS MUTUAL
INSURANCE COMPANY,

    Plaintiff,

v.

CHAD ERNST, et al.,

    Defendants.                      Case No. 10-cv-220-DRH

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for case management purposes, in particular to remind Plaintiff of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** Plaintiff to file its disclosure statement on or before **May 10, 2010**.

    **IT IS SO ORDERED.**

    Signed this 22nd day of April, 2010.

                                                 /s/   David R Herndon
                                                 **Chief Judge**
                                                 **United States District Court**