IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHIGAN MILLERS MUTUAL
INSURANCE COMPANY,**

    **Plaintiff,**

-vs-

**CHAD ERNST, WAYNE SCHUETZ
and KEVIN PAUL,**

    **Defendants.**                           **NO. 10-CV-220-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 17, 2011, this case is **DISMISSED** with prejudice.

                                     **NANCY J. ROSENSTENGEL,
CLERK OF COURT**


                              **BY:**        **/s/*Sandy Pannier***
                                                **Deputy Clerk**

Dated: January 5, 2012

                      David R. Herndon
                      2012.01.05
                      07:13:31 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT